THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

Gary Ginett, Appellant

There is no merit to defendant's contentions that he was denied the effective assistance of counsel; that the court abused its discretion in denying youthful offender status; that the sentence is harsh and excessive; or that claimed prosecutorial misconduct deprived defendant of a fair trial. Defendant's remaining contention that the court erred in failing to instruct the jury on justification in defense of property (Penal Law § 35.20 [3]) was not preserved for our review (see, CPL 470.05 [2]). In any event, there was no factual basis in the record to warrant such instruction. (Appeal from Judgment of Supreme Court, Monroe County, Bergin, J.—Manslaughter, 2nd Degree.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.